UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| KAREN DANETTE TRENT, | ) | Civil Action No. 0:19-cv-03131-MGL |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI,[1] | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Plaintiff's counsel's petition for attorney's fees under 42 U.S.C. §§ 406(b) and 1383(d)(2), and Defendant's response, it is this 20th day of October, 2021, by the United States District Court for the District of South Carolina, ORDERED that Beatrice E. Whitten, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. §§ 406(b) and 1383(d)(2), in the amount of $13,512.40 (or 25% of past-due benefits due to Plaintiff by reason of this Court's judgment, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees she previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

    s/ MARY GEIGER LEWIS
Honorable Mary Geiger Lewis
United States District Judge

October 20, 2021
Columbia, South Carolina

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).